IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ROGER LYNN TABB and
SANDRA SCOTT TABB,**

        Plaintiffs,

v.

**ONE WEST BANK, F.S.B.;
REGIONAL TRUSTEE SERVICES
CORPORATION; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.; IMPAC FUNDING
CORPORATION d/b/a IMPAC
LENDING GROUP; U.S. BANK,
N.A.; INDYMAC FEDERAL BANK,
F.S.B,**

        Defendants.

3:10-CV-00855-ST

**JUDGMENT**

    Based on the Court's Order (#153) issued November 21, 2011,

1 - JUDGMENT

the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 21st day of November, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - JUDGMENT