IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ROGER LYNN TABB and SANDRA SCOTT TABB,** | 3:10-CV-00855-ST |
| | **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| **ONE WEST BANK, F.S.B.; REGIONAL TRUSTEE SERVICES CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; IMPAC FUNDING CORPORATION d/b/a IMPAC LENDING GROUP; U.S. BANK, N.A.; INDYMAC FEDERAL BANK, F.S.B,** | |
| Defendants. | |

Based on the Court's Order (#153) issued November 21, 2011,

1 - JUDGMENT

the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 21st day of November, 2011.

                                             /s/ Anna J. Brown

                                           ANNA J. BROWN
                                           United States District Judge